**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SARMEN GRIGORYAN, an individual,

Plaintiff,

vs.

MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive,

Defendants.

Case No. CV 25-6513-DMG (MBKx)

**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE [19]**

Having read and considered the parties' Stipulation of Dismissal with Prejudice, filed October 28, 2026 [Doc. # 19], and finding good cause therefor, the Court **APPROVES** the Stipulation and **DISMISSES** the above-captioned action with prejudice.

**IT IS SO ORDERED.**

DATED: October 28, 2026

DOLLY M. GEE
Chief United States District Judge